UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF RICHARD GONYEA, by
his Personal Representative Helen Gonyea,

          Plaintiff,

C.A. No. 2:08-cv-12503

v.

Hon. Patrick J. Duggan

DENISE M. KARDOS (formerly Gonyea),
and METROPOLITAN LIFE INSURANCE
COMPANY,

          Defendants.
_____/

ORDER OF DISMISSAL WITH PREJUDICE

Upon the reading and filing
of the parties' stipulation:

IT IS HEREBY ORDERED AND ADJUDGED that the above action shall be, and hereby is DISMISSED WITH PREJUDICE and without an award of costs, interest or attorney fees to any Party.

          S/Patrick J. Duggan
          Patrick J. Duggan
          United States District Judge

Dated: July 17, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 17, 2008, by electronic and/or ordinary mail.

          S/Marilyn Orem
          Case Manager